# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH IMHOTEP VAUGHN BEY,<br><br>Plaintiff<br><br>v.<br><br>JACK SOMMER and LAURA SOMMER,<br><br>Defendants | Case No.: 2:21-cv-01456-APG-DJA<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 3] |

On August 11, 2021, Magistrate Judge Albregts recommended that I dismiss plaintiff Kenneth Bey's complaint with prejudice. ECF No. 3.  Bey did not object.  Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 3) is accepted and plaintiff Kenneth Bey's complaint is dismissed with prejudice.  The clerk of court is instructed to enter judgment accordingly and to close this case.

DATED this 13th day of September, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE